# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| SENTINEL OFFENDER SERVICES, LLC, a Delaware limited liability company,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>G4S SECURE SOLUTIONS (USA) INC., a Florida corporation,<br><br>　　　　Defendant. | Case No. 8:14-cv-298-JLS-JPRx<br><br>**JUDGMENT** |

1

On January 27, 2017, the Court issued its Findings of Fact and Conclusions of Law in this action. (Doc. 187.) Pursuant to Federal Rule of Civil Procedure 58, **IT IS HEREBY ORDERED THAT:**

1. Judgment is entered on Plaintiff Sentinel Offender Services, LLC's First Amended Complaint against Defendant G4S Secure Solutions (USA) Inc. and in favor of Plaintiff in the amount of $456,328 in damages on its fraud and negligent misrepresentation claims, in addition to post-judgment interest at a rate set by 28 U.S.C. § 1961(a).

2. Without affecting the finality of this Judgment in any way, this Court hereby retains continuing jurisdiction over motions and applications for attorneys' fees and costs in the above-titled action.

**IT IS SO ORDERED.**

Dated: March 22, 2017

Hon. Josephine L. Staton
United States District Judge