**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

| | |
|---|---|
| SENTINEL OFFENDER SERVICES, LLC, a Delaware limited liability company,<br><br>    Plaintiff,<br><br>    v.<br><br>G4S SECURE SOLUTIONS (USA) INC., a Florida corporation,<br><br>    Defendant. | Case No. 8:14-cv-298-JLS-JPRx<br><br>**AMENDED JUDGMENT** |

On April 26, 2017, the Court issued its Amended Findings of Fact and Conclusions of Law in this action. Pursuant to Federal Rule of Civil Procedure 58,

**IT IS HEREBY ORDERED THAT:**

1. Judgment is entered on Plaintiff Sentinel Offender Services, LLC's First Amended Complaint as follows:

   a. In favor of Plaintiff and against Defendant G4S Secure Solutions (USA) Inc. in the amount of $456,328 in damages on Plaintiff's fraud and negligent misrepresentation claims, in addition to post-judgment interest at a rate set by 28 U.S.C. § 1961(a); and

   b. In favor of Defendant and against Plaintiff on Plaintiff's breach of contract and breach of representations and warranties claims.

2. Without affecting the finality of this Judgment in any way, this Court hereby retains continuing jurisdiction over motions and applications for attorneys' fees and costs in the above-titled action.

**IT IS SO ORDERED.**

Dated: April 26, 2017

Hon. Josephine L. Staton
United States District Judge